UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EM LTD.,<br><br>                          Plaintiff,<br><br>         v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                          Defendant. | No. 14 Civ. 8303 (TPG) |

**REPLY DECLARATION OF CHARLES PLATTO IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Charles Platto, declare as follows:

1.      I am a member of the Bar of this Court and attorney for Plaintiff EM Ltd. in this action.

2.      I make this Declaration to supply, for the record, copies of documents that were incorporated by reference in the Reply Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment, which was served and filed April 7, 2015.

3.      Each of the exhibits attached to this Declaration is a true and correct copy of a document filed and served on defendant Republic of Argentina by NML Capital Ltd. on April 7, 2015, in support of NML Capital Ltd.'s motion for summary judgment in the case in this Court captioned *NML Capital Ltd. v. Republic of Argentina*, Case No. 14 Civ. 8601 (TPG), as follows:

Exhibit A:    Reply Memorandum of Law In Support of the Motion by NML Capital, Ltd. For Partial Summary Judgment.

Exhibit B:    Declaration of Robert A. Cohen in Support of the Reply Memorandum of Law in Support of the Motion by NML Capital, Ltd. for Partial Summary Judgment

Exhibit C:    Declaration of Deborah Green in Support of the Reply Memorandum of Law in Support of the Motion by NML Capital, Ltd. for Partial Summary Judgment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2015.

/s/ Charles Platto
Charles Platto